DANIEL W. ANDERSON, ESQ.
Nevada Bar No. 9955
MILLS & ANDERSON
703 S. 8TH Street
Las Vegas, Nevada 89101
(702) 386-0030
Attorneys for Plaintiff
attorneys@millsnv.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LA MOJARRA LOCA, INC. | CASE NO.: 2:19-CV-00725-JCM-CWH |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION |
| v. | |
| WELLS FARGO FINANCIAL SERVICES LLC; WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; FIRST DATA MERCHANT SERVICES CORPORATION, DOES I-X INDIVIDUALLY; ROE CORPORATIONS I-X. | (First Request) |
| Defendant. | |

Pursuant to LR 7-1, and 7-2 and LR IA 6-1 and 6-2, Plaintiff, LA MOJARRA LOCA, INC., by and through Daniel W. Anderson, Esq. and Defendants WELLS FARGO FINANCIAL SERVICES LLC; WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; FIRST DATA MERCHANT SERVICES, by and through Jarrod L. Rickard, Esq., hereby stipulate to extend Plaintiff's time to file an opposition to Defendants' Motion to Dismiss or in the Alternative to Transfer Venue. The stipulation is based on the following:

1. Plaintiff filed its complaint against Defendants in Clark County District Court on March 12, 2019 and served Defendants on March 29, 2019.

Page 1 of 2

2. Defendants filed their notice or removal to this Court on April 29, 2019 and subsequently filed a Motion to Dismiss or in the Alternative to Transfer Venue on May 6, 2019.

3. Plaintiff's counsel logged into CM ECF on June 6, 2019 to check on the status of Defendants' answer and discovered that a Motion to Dismiss had been filed. However, Plaintiff's scounsel had not received notice or service of the filing.

4. The lack of notice and service was due to the fact that the email address on file with the Court for Plaintiff's counsel, danderson@millsandmillsllc.com, was from a domain that is no longer in use by the firm. Counsel did not realize the email address had not been updated, but immediately updated the address to dan@millsnv.com, which uses the firm's current domain and is counsel's correct address.

5. Counsel submits that the foregoing constitutes excusable neglect and hereby stipulates to extend the time for filing of Plaintiff's opposition to **Friday, June 13, 2019.**

Dated this___day of June 2019

| | |
|---|---|
| MILLS & ANDERSON | SEMENZA| KIRCHER| RICKARD |
| /S/ Daniel W. Anderson | /s/ Jarrod L. Rickard |
| DANIEL W. ANDERSON, ESQ. | Lawrence J. Semenza, III, Bar No. 7174 |
| Nevada Bar No. 9955 | Christopher D. Kircher, Bar No. 11176 |
| 703 South 8th Street | Jarrod L. Rickard, Bar No. 10203 |
| Las Vegas, Nevada 89101 | Katie L. Cannata, Esq., Bar No. 14848 |
| (702) 386-0030 | 10161 Park Run Dr., Ste. 150 |
| Attorneys for Plaintiff | Las Vegas, Nevada 89145 |
| | Attorneys for Defendants |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 12, 2019 _____