Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@skrlawyers.com
Christopher D. Kircher, Esq., Bar No. 11176
Email: cdk@skrlawyers.com
Jarrod L. Rickard, Esq., Bar No. 10203
Email: jlr@skrlawyers.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@skrlawyers.com
SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone:  (702) 835-6803
Facsimile:   (702) 920-8669

*Attorney for Defendants Wells Fargo
Merchant Services LLC; Wells Fargo Bank,
N.A.; Wells Fargo & Co.; and First Data
Merchant Services Corporation, now known
as First Data Merchant Services LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LA MOJARRA LOCA, INC., <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO MERCHANT SERVICES LLC; WELLS FARGO BANK, N.A.; WELLS FARGO & CO.; FIRST DATA MERCHANT SERVICES CORPORATION, DOES 1-X INDIVIDUALLY; ROE CORPORATIONS I-X, <br><br> Defendants. | Case No.:  2:19-cv-00725-JCM-CWH <br><br><br> **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS OR ALTERNATIVELY TRANSFER VENUE (ECF NO. 3)** |

Plaintiff La Mojarra Loca, Inc. ("Plaintiff") and Defendants  Wells Fargo Merchant Services LLC, Wells Fargo Bank, N.A., Wells Fargo & Co., and First Data Merchant Services Corporation, now known as First Data Merchant Services LLC (herein together the "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulation and Order to Continue the Deadline for Defendants' Reply In Support of Motion to Dismiss or Alternatively Transfer Venue (the "Stipulation").

1

1    On May 6, 2019, Defendants filed a Motion to Dismiss or Alternatively Transfer Venue.

2    (ECF No. 3.)

3    On June 13, 2019, following the Parties' stipulation to permit an extension of time, Plaintiff

4    filed a Response.  (ECF No. 11.)

5    Currently, Defendants' Reply is due on or before June 20, 2019.  However, Defendants'

6    counsel was travelling outside the jurisdiction until June 15, 2019.  Additionally, Defendants'

7    counsel has a hearing scheduled for June 20, 2019, in another matter pending in Nevada State

8    District Court that requires counsel's attention.

9    ///

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

SEMENZA KIRCHER RICKARD
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

1  Therefore, based upon Defendants' request, the Parties stipulate and agree that

2  Defendants' deadline to file the Reply in support of the Motion to Dismiss or Alternatively Transfer

3  venue shall be continued by one week until **June 27, 2019**.

4  This Stipulation is submitted in good faith and not for the purpose of delay.

5  DATED this 18th day of June, 2019.

6  SEMENZA KIRCHER RICKARD

7

8  */s/ Jarrod L. Rickard*_____
   Lawrence J. Semenza, III, Esq., Bar No. 7174
9  Christopher D. Kircher, Esq., Bar No. 11176
   Jarrod L. Rickard, Esq., Bar No. 10203
10 Katie L. Cannata, Esq., Bar No. 14848
   10161 Park Run Drive, Suite 150,
11 Las Vegas, NV 89145

12 *Attorney for Defendants Wells Fargo Merchant*
13 *Services LLC; Wells Fargo Bank, N.A.; Wells Fargo*
   *& Co.; and First Data Merchant Services*
14 *Corporation, now known as First Data Merchant*
   *Services LLC*
15

16 DATED this 18th day of June, 2019.

17

18 MILLS & ANDERSON

19 */s/ Daniel W. Anderson*_____
   Daniel W. Anderson, Esq., Bar No. 9955
20 703 S. Eighth Street
   Las Vegas, NV 89101
21

22 *Attorneys for Plaintiff La Mojarra Loca*

23 **IT IS SO ORDERED.**

24 _____
25 **UNITED STATES DISTRICT JUDGE**
   June 19, 2019
26 **DATED:** _____

27

28

3